

LAW OFFICE OF
**GLPC | GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☏ (347) 941-4715

April 16, 2026

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  4/17/2026

**MEMORANDUM ENDORSED**

RE:   **WILLIAMS v. BABY GRAND LES LLC, et al.**
      **DOCKET NO. 1:26-cv-33**

Dear Judge Woods:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for April 24, 2026 (Doc. 7). This is request for an adjournment of the initial conference is made jointly by the participating parties.

To date, the parties have engaged in meaningful settlement discussions and, while a resolution has not yet been reached, they are optimistic that the matter can be resolved within the next 30 days. An adjournment would allow the parties to continue those efforts without expending judicial resources unnecessarily.

In addition, Defendant Allen Fee Owner LLC has not yet appeared. The requested adjournment will afford that defendant an opportunity to appear and participate in the ongoing settlement discussions. Accordingly, the undersigned respectfully requests that the upcoming conference be adjourned for 30 days.

I thank the Court for its time and consideration on this matter.

Application granted.  The initial pretrial conference scheduled for April 24, 2026 is adjourned to May 21, 2026 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's January 7, 2026 order are due no later than May 14, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

Respectfully,
/s/ Gabriel A. Levy

SO ORDERED.

Dated:  April 17, 2026

GREGORY H. WOODS
United States District Judge