

**LAW OFFICE OF**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

May 13, 2026

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2026

**MEMORANDUM ENDORSED**

RE:   **WILLIAMS v. BABY GRAND LES LLC, et al.**
      **DOCKET NO. 1:26-cv-33**

Dear Judge Woods:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to provide a status update and to request a further 30-day adjournment of the initial conference, currently scheduled for May 21, 2026 (Doc. 11). This 2nd request for an adjournment of the initial conference is made jointly by the participating parties.

Plaintiff recently learned that co-defendant Allen Fee Owner LLC may have been improperly named. Plaintiff is currently investigating the ownership structure of the subject premises and may seek leave to amend the pleadings if necessary. Accordingly, the parties are not presently in a position to proceed with the conference as scheduled.

I thank the Court for its time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

Application granted.  The initial pretrial conference scheduled for May 21, 2026 is adjourned to July 9, 2026 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's January 7, 2026 order are due no later than July 2, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated:  May 13, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge