LAW OFFICE OF
GLPC GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

June 30, 2026

Hon. Judge Gregory H. Woods
United States District Judge
500 Pearl Street
New York, New York 10007

RE: WILLIAMS V. BABY GRAND LES LLC, et al.
**Docket 1:26-cv-33**

Dear Judge Woods:

This firm represents Plaintiff Jeffery Williams in the above referenced matter. The parties submit this correspondence jointly to request an adjournment of the initial pretrial conference currently scheduled for July 9, 2026. (Doc. 13).

Defendant Allen Fee Owner LLC recently appeared on June 23, 2026. (Doc. 14). As a result, the parties have not had sufficient time to comply with Your Honor's January 1, 2026 Order. (Doc. 7). The parties also request the adjournment to allow them to address whether the proper parties have been named and whether an amendment is necessary.

Accordingly, the parties jointly request that the conference be adjourned for 30 days so they may complete their inquiry regarding the proper parties and conduct the required meet and confer.

I thank the Court for its time and consideration on this matter.

Sincerely,

Gabriel Levy, Esq.