LAW OFFICE OF
GLPC GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

**MEMORANDUM ENDORSED**

August 18, 2026

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **WILLIAMS v. BABY GRAND LES LLC, et al.**
**DOCKET NO. 1:26-cv-33**

Dear Judge Woods:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to provide a status update and to request a further 30-day adjournment of the initial conference, currently scheduled for August 25, 2026 (Doc. 16). This 3rd request for an adjournment of the initial conference is made jointly by the parties.

Plaintiff's investigation concerning the proper parties to this action is now substantially complete, the proper parties have been identified, and all parties have appeared. The parties are also engaged in ongoing settlement discussions and continue to explore an early resolution of this matter. Accordingly, the parties respectfully request a further 30 day adjournment to allow those discussions to continue and expect this to be their final request for an adjournment of the initial conference.

I thank the Court for its time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

Application granted. The initial pretrial conference scheduled for August 25, 2026 is adjourned to October 8, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's January 7, 2026 order, Dkt. No. 7, are due no later than October 1, 2026.

SO ORDERED.

Dated: August 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge